1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, CA BAR #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561
5
   Attorney for Defendant
6  Jacob A. Avila

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00282-DAD |
    |---|---|---|
12  | *Plaintiff*, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY RELEASE OF JACOB |
13  | vs. | ) ) | AVILA TO VETERANS AFFAIRS HOSPITAL |
14  | JACOB A. AVILA, | ) ) | JUDGE: Honorable Barbara A. McAuliffe |
15  | *Defendant*. | ) ) |  |
16  |  | ) |  |

17  **Jacob Avila, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Christopher Baker,**
18  **hereby stipulate to the Temporary Release of Jacob Avila to the Veterans Affairs Hospital in Fresno, CA in order to Obtain an Assessment of Eligibility for a Residential**
19  **PTSD/Mental Health Treatment Program.**

20         Mr. Avila's supervision has been transferred to the Eastern District of California, and The

21  United States Probation Office has filed a superseding 12(c) petition alleging violations of his

22  supervised release conditions, to which Mr. Avila intends to admit. The parties have conferred

23  and agree that a residential treatment program is potentially an appropriate response to Mr.

24  Avila's violation conduct, however the parties lack information at this time regarding what

25  residential programs Mr. Avila is eligible for through the Department of Veterans Affairs.

26         The Veterans Affairs hospital requires patients to first attend an intake interview and

27  assessment of eligibility before program placement is available. The Veterans Affairs hospital

28  has scheduled an intake interview and assessment for Mr. Avila on December 19, 2017 at 1:00

p.m. with Al Everette in building 25 of the hospital, located at 2615 East Clinton Avenue, Fresno, CA 93703. In anticipation of resolving his case and in an effort to provide the parties and the court with as much information as possible at the time of sentencing, the parties stipulate to the temporary release of Mr. Avila so that he may attend the intake interview and assessment on December 19, 2017 at 1:00 p.m. Kevin Mitchel, a social worker and Federal Defender staff member is available to assume temporary custody of Mr. Avila and to transport him to and from the assessment.

18 United States Code §3142(i) provides for the "temporary release of [a defendant], in the custody of a United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for the preparation of the person's defense or for another compelling reason." The parties stipulate to such temporary release on December 19, 2017 between 11:30 a.m. and 6:00 p.m. for the reasons stated above. Probation supports this stipulation.

Dated: December 13, 2017                Respectfully submitted,


                                        */s/ Megan T. Hopkins*
                                        Megan T. Hopkins
                                        Attorney for Defendant, Jacob A. Avila


Dated: December 13, 2017                */s/ Christopher Baker*
                                        Christopher Baker
                                        Assistant United States Attorney
                                        Attorney for the United States

**O R D E R**

IT HEREBY ORDERED that defendant JACOB AVILA be granted temporary release on his own recognizance from custody at the Fresno County Jail on the following conditions:

1. Defendant JACOB AVILA shall be released from custody at the Fresno County Jail on December 19, 2017, at 11:30 a.m., for the purpose of obtaining an assessment to determine his eligibility for acceptance into a Veterans Affairs residential treatment program. Upon completion of the assessment he shall self-surrender at the Fresno County Jail, at or before 6:00 p.m. on the same day, December 19, 2017.

2. Defendant's travel is restricted to travel directly to the VA Hospital, located at 2615 East Clinton Avenue, Fresno, CA 93703 and return travel directly to the Fresno County Jail at the conclusion of the assessment.

3. Defendant shall be released to the third party custody of Kevin Mitchel. He shall remain in the presence of Kevin Mitchel at all times during his release from custody except for those times when the assessment is being conducted by VA hospital personnel and he is in the physical presence of VA hospital personnel.

4. Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance during his temporary release.

5. Defendant shall not possess a firearm, destructive device, or other dangerous weapon during his temporary release.

IT IS SO ORDERED.

Dated: **December 14, 2017**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE