HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, CA BAR #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorney for Defendant
Jacob A. Avila

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>JACOB A. AVILA,<br><br>*Defendant*. | Case No. 1:17-cr-00282-DAD<br>(1:17-mj-0203-SKO)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND INITIAL APPEARANCE ON SUPERSEDING VIOLATION PETITION<br><br>JUDGE: Honorable Barbara A. McAuliffe |

**Jacob Avila, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Christopher Baker, hereby stipulate to a continuance of the status conference and initial appearance presently set for December 19, 2017 to December 21, 2017 at 2:00 p.m.**

Mr. Avila's is currently scheduled to appear for a status conference as to 1:17-mj-0203-SKO regarding the transfer of jurisdiction, as well as an initial appearance on the superseding violation petition filed in 1:17-cr-0282-DAD on December 19, 2017 at 2:00 p.m. This hearing conflicts with Mr. Avila's intake appointment at the VA Hospital, for which a temporary release order was just signed by this Court.

The parties therefore stipulate to continue the status conference and initial appearance to December 21, 2017 at 2:00 p.m. in order to permit Mr. Avila to attend the intake interview on December 19, 2017.

/ / /

| | | |
|---|---|---|
| Dated: December 14, 2017 | | Respectfully submitted, |

Dated: December 14, 2017

*/s/ Megan T. Hopkins*
Megan T. Hopkins
Attorney for Defendant, Jacob A. Avila

Dated: December 14, 2017

*/s/ Christopher Baker*
Christopher Baker
Assistant United States Attorney
Attorney for the United States

**O R D E R**

IT HEREBY ORDERED that the 2nd Status Conference in case number 1:17-mj-0203 and the Initial Appearance re Violation of Supervised Release in case number 1:17-cr-0282 are continued from December 19, 2017 to Thursday, December 21, 2017 at 2:00 p.m. before Judge McAuliffe in courtroom 8.

IT IS SO ORDERED.

Dated: **December 14, 2017** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE