HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JACOB A. AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00282-DAD-BAM |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [PROPOSED] ORDER |
| vs. | |
| JACOB A. AVILA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jacob A. Avila, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at non-substantive proceedings, including his appearance for a status conference on Tuesday, February 6, 2018 at 2:00 p.m.. Mr. Avila agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Avila is presently residing at a residential treatment program (PAAR) through Veterans Affairs in Porterville, CA. He is not permitted to leave the program during the 60-day residential period. Mr. Avila is scheduled to complete the program on March 8, 2018, and will be available to personally appear at all subsequent hearings, including his Sentencing Hearing on March 12, 2018 at 10:00 a.m.

Respectfully submitted,

Date: February 6, 2018     */s/ Jacob A. Avila*
JACOB A. AVILA

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2018     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JACOB A. AVILA

# **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at the February 6, 2018 status conference. Defendant is ordered to appear at the sentencing hearing on March 12, 2018 at 10:00 a.m. before Judge Drozd.

IT IS SO ORDERED.

Dated: **February 6, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE